IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION



2007 NOV -6 P 12: 19

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Docket No. 3:07CR 138 |
| | ) | |
| TOI L. MELVIN | ) | Judge Phillips-Shirley |

### SEALING ORDER

For good cause shown, it is ORDERED that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

J. Bruce Shirley
_____
United States Magistrate Judge