UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2007 NOV -7 A 10: 20

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:07-CR-138 |
| | ) | JUDGES PHILLIPS / SHIRLEY |
| TOI L. MELVIN | ) | |

ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the indictment in this case be unsealed.

ENTER:

C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE